**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  J P INVESTMENTS, INC.                     §  Case No. 06-01037
                                                  §
                                                  §
Debtor(s)                                         §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 07, 2006.  The undersigned trustee was appointed on February 07, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $       758,954.88

   Funds were disbursed in the following amounts:

   Administrative expenses                                    231,940.77
   Payments to creditors                                      300,225.84
   Non-estate funds paid to 3rd Parties                             0.00
   Payments to the debtor                                           0.00

   Leaving a balance on hand of [1]              $       226,788.27

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 02/07/2005.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $41,197.39. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $15,750.00 as interim compensation and now requests the sum of $25,447.39, for a total compensation of $41,197.39. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/05/2010    By: /s/ILENE F. GOLDSTEIN
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-01037  
**Case Name:** J P INVESTMENTS, INC.  

**Period Ending:** 02/05/10

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 02/07/06 (f)  
**§341(a) Meeting Date:** 04/06/06  
**Claims Bar Date:** 02/07/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | TRUSTEE AVOIDING POWER DK Donut Interests (u)  Trustee is awaiting a final reconcilliation and expects somewhere between $10,000 and $25,000 additional funds for the Estate  (See Footnote) | Unknown | 500,000.00 | | 754,957.37 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3,997.51 | Unknown |
| 2 | Assets   Totals (Excluding unknown values) | $0.00 | $500,000.00 | | $758,954.88 | $0.00 |

RE PROP# 1    STATUS:  THE TRUSTEE THROUGH COUNSEL IS ATTEMPTING TO RESOLVE THE TWO LARGEST CREDITOR CLAIMS BETWEEN THIS ESTATE AND THE RELATED JAMES PIELET ESTATE.  IN ADDITION, THE TRUSTEE HAS FILED HER TAX RETURNS AND IS WAITING FOR A 505(b) DETERMINATION.  ONCE THESE TWO ISSUES ARE ACCOMPLISHED THE TRUSTEE WILL PREPARE AND FILE HER FINAL REPORT.

**Major Activities Affecting Case Closing:**

STATUS: STATUS: THE TRUSTEE HAS SUBMITTED HER FINAL REPORT TO THE UST FOR REVIEW ON JANUARY 21, 2010.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008   **Current Projected Date Of Final Report (TFR):**   March 31, 2010  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-01037 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | J P INVESTMENTS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****35-65 - Money Market Account |
| Taxpayer ID #: | 36-3379527 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 02/05/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 09/25/07 | | From Account #********3566 | transfer | 9999-000 | 675,000.00 | | 675,000.00 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6000% | 1270-000 | 53.61 | | 675,053.61 |
| 10/24/07 | | Transfer of funds to DDA | Transfer of funds posted in error | 9999-000 | 46,086.71 | | 721,140.32 |
| 10/24/07 | | To Account #********3566 | | 9999-000 | | 46,086.71 | 675,053.61 |
| 10/24/07 | 1001 | HOWARD GAMER AS DISBURSING AGENT | Payment of Claims pursuant to sale | 2500-000 | | 47,383.98 | 627,669.63 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6000% | 1270-000 | 963.92 | | 628,633.55 |
| 11/19/07 | 1002 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | INTERIM FEES OUTSIDE FIRM | 3210-000 | | 125,894.50 | 502,739.05 |
| 11/19/07 | 1003 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | INTERIM EXPENSES OUTSIDE FIRM | 3220-000 | | 307.40 | 502,431.65 |
| 11/23/07 | | Transfer of Funds to DDA | Transfer of Funds | 9999-000 | | 30,000.00 | 472,431.65 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3700% | 1270-000 | 714.77 | | 473,146.42 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3700% | 1270-000 | 550.47 | | 473,696.89 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | 503.97 | | 474,200.86 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7700% | 1270-000 | 290.02 | | 474,490.88 |
| 03/12/08 | 1004 | Melissa Pielet | Settlement Agreement | 4210-000 | | 300,225.84 | 174,265.04 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5100% | 1270-000 | 197.87 | | 174,462.91 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5100% | 1270-000 | 73.11 | | 174,536.02 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 66.21 | | 174,602.23 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 68.19 | | 174,670.42 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 68.22 | | 174,738.64 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 63.84 | | 174,802.48 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 70.48 | | 174,872.96 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 63.02 | | 174,935.98 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2300% | 1270-000 | 36.59 | | 174,972.57 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 28.45 | | 175,001.02 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 17.22 | | 175,018.24 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 16.07 | | 175,034.31 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 18.37 | | 175,052.68 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 17.22 | | 175,069.90 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 16.65 | | 175,086.55 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 18.37 | | 175,104.92 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 17.80 | | 175,122.72 |
| 08/12/09 | {1} | PBG Financial Service | | 1241-000 | 3,959.36 | | 179,082.08 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 18.05 | | 179,100.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 15.56 | | 179,115.69 |

Subtotals: $729,014.12 $549,898.43

{} Asset reference(s)

Printed: 02/05/2010 02:46 PM V.11.53

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-01037  
**Case Name:** J P INVESTMENTS, INC.

**Taxpayer ID #:** 36-3379527  
**Period Ending:** 02/05/10

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.30 | | 179,122.99 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.55 | | 179,130.54 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.55 | | 179,138.09 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 7.06 | | 179,145.15 |
| | | | **ACCOUNT TOTALS** | | 729,043.58 | 549,898.43 | **$179,145.15** |
| | | | Less: Bank Transfers | | 721,086.71 | 76,086.71 | |
| | | | **Subtotal** | | 7,956.87 | 473,811.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,956.87** | **$473,811.72** | |

{} Asset reference(s)            Printed: 02/05/2010 02:46 PM    V.11.53

Exhibit B

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-01037  
**Case Name:** J P INVESTMENTS, INC.  

**Taxpayer ID #:** 36-3379527  
**Period Ending:** 02/05/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-66 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/07 | {1} | CT&T | Sale of Assets | 1241-000 | 710,841.21 | | 710,841.21 |
| 08/30/07 | 101 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Court Approved retainer | 3210-000 | | 25,000.00 | 685,841.21 |
| 08/30/07 | 102 | Howard Gamer as Disbursing Agent | Payment of claims pursuant to sale | 2500-000 | | 9,543.94 | 676,297.27 |
| 09/25/07 | | To Account #********3565 | transfer | 9999-000 | | 675,000.00 | 1,297.27 |
| 10/24/07 | | From Account #********3565 | | 9999-000 | 46,086.71 | | 47,383.98 |
| 10/24/07 | 103 | HOWARD GAMER AS DISBURSING AGENT | Voided on 10/24/07 | 2410-000 | | ! 47,383.98 | 0.00 |
| 10/24/07 | 103 | HOWARD GAMER AS DISBURSING AGENT | Voided: check issued on 10/24/07 | 2410-000 | | ! -47,383.98 | 47,383.98 |
| 10/24/07 | | Transfer of funds from MMA | Transfer of funds posted in error | 9999-000 | | 46,086.71 | 1,297.27 |
| 11/16/07 | {1} | Dunkin Donuts | Refund on Overpayment to DKD | 1241-000 | 30,156.80 | | 31,454.07 |
| 11/19/07 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 7,039.00 | 24,415.07 |
| 11/19/07 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 390.02 | 24,025.05 |
| 11/19/07 | 106 | ILENE F. GOLDSTEIN | INTEREIM STATUTORY COMPENSATION | 2100-000 | | 15,750.00 | 8,275.05 |
| 11/23/07 | | Transfer of Funds of MMA to DDA | Transfer of funds | 9999-000 | 30,000.00 | | 38,275.05 |
| 02/12/08 | 107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-01037, Bond payment | 2300-000 | | 437.22 | 37,837.83 |
| 06/09/08 | {1} | PBG | Settlement | 1241-000 | 10,000.00 | | 47,837.83 |
| 03/04/09 | 108 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-01037 | 2300-000 | | 194.71 | 47,643.12 |
| | | | **ACCOUNT TOTALS** | | 827,084.72 | 779,441.60 | **$47,643.12** |
| | | | Less: Bank Transfers | | 76,086.71 | 721,086.71 | |
| | | | **Subtotal** | | 750,998.01 | 58,354.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$750,998.01** | **$58,354.89** | |

{} Asset reference(s)  !-Not printed or not transmitted  Printed: 02/05/2010 02:46 PM  V.11.53

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 06-01037  
**Case Name:** J P INVESTMENTS, INC.

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*35-66 - Checking Account

**Taxpayer ID #:** 36-3379527  
**Period Ending:** 02/05/10

**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|

Net Receipts : 758,954.88  
Net Estate : $758,954.88

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*35-65 | 7,956.87 | 473,811.72 | 179,145.15 |
| Checking # \*\*\*-\*\*\*\*\*35-66 | 750,998.01 | 58,354.89 | 47,643.12 |
| | $758,954.88 | $532,166.61 | $226,788.27 |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 02/05/2010 02:46 PM     V.11.53

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 06-01037
Case Name: J P INVESTMENTS, INC.
Trustee Name: ILENE F. GOLDSTEIN

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
           N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 25,447.39 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 10,175.00 | $ 142.09 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD. | $ 7,126.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | $ 16,931.50 | $ 114.68 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,494,311.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Fifth Third Bank (Chicago) | $ 66,013.44 | $ 1,158.33 |
| 2 | Dorothy Pielet | $ 6,034,400.51 | $ 105,884.27 |
| 3 | United States of America on behalf of US EPA | $ 3,391,517.33 | $ 59,510.19 |
| 4 | Richard Jalovec and Assoc | $ 2,380.00 | $ 41.76 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,695,758.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | United States of America on behalf of US EPA | $ 1,695,758.67 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**