## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-01037 |
| | ) | |
| J P Investments, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LOIS WEST AND POPOWCER KATTEN, LTD. ACCOUNTANTS FOR THE TRUSTEE

Lois West and Popowcer Katten, Ltd., accountants for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Lois West and Popowcer Katten, Ltd. an award of $7,126.00 as final compensation for 31.2 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00 during the period October 2, 2008 through November 5, 2008.  Lois West and Popowcer Katten,  have not been paid previously.  In support of its application, Lois West and Popowcer Katten, Ltd., respectfully states as follows:

### BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS

On October 7, 2004 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Southern District of Florida known as Case No. 04-34599.  On or about    February 2, 2006 the Honorable Steven H. Friedman entering an order directing that the case should be transferred to the Northern District of Illinois, Eastern Division.  On February 7, 2006, the case was transferred to the Northern District of Illinois, Eastern Division and given

a new case number of 06-01037.

## RETENTION OF LOIS WEST & POPOWCER KATTEN, LTD.

1. On October 6, 2008, this Court entered an Order granting the Trustee's motion to employ Lois West and Popowcer Katten, Ltd., as accountants for the Estate. A copy of said Order is available on the Court's docket.

## ALL SERVICES PERFORMED BY LOIS WEST AND POPOWCER KATTEN, LTD. WERE REASONABLE AND NECESSARY

2. Pursuant to §330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Lois West's services are compensable and the compensation requested is fair and reasonable. All the accounting services performed by Lois West, to date were authorized by this Court and were performed by West at the request or direction of the Trustee.

There has been no duplication of services by Lois West and Popowcer Katten, Ltd., professionals for which compensation is requested herein.

3. An itemized and detailed description of the specific services rendered to the Trustee by Lois West and Popowcer Katten, Ltd., are reflected on the billing statement attached hereto as Exhibit A. The billing statement sets forth the initials of the professional and the amount of time spent rendering each service, the day on which such service was rendered and a description of the nature of the services rendered.

## NATURE OF SERVICES PERFORMED BY LOIS WEST AND POPOWCER KATTEN, LTD.

Lois West and Popowcer Katten, Ltd., reviewed all the documents concerning the Debtor's tax returns to determine whether the Estate incurred any tax liability as a result of the Trustee's settlement of numerous interests in assets. Lois West and Popowcer Katten, Ltd., also prepared the tax returns for the Estate.

In connection with the above services, Lois West and Popowcer Katten, Ltd., expended 31.2 hours, for which it seeks compensation in the total amount of $7,126.00 as final compensation for 31.2 hours of accounting services rendered and reimbursement of expenses in the amount of $0.00. Set forth below is a chart which summarizes the time expended by each professional in this category:

| Professional | Time Spent | Hourly Rate | Total |
|---|---|---|---|
| L. West | 23.0 Hours | $210.00 | $4,830.00 |
| L. Popowcer | 8.2 Hours | $280.00 | $2,296.00 |
| | | Total due: | $7,126.00 |

## CONCLUSION

4. The rates charged by Lois West and Popowcer Katten, Ltd., in this fee application are its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

5. Lois West and Popowcer Katten, Ltd., has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by West for services rendered to the Trustee in this case.

6. More than 120 days has elapsed since the commencement of this case and

Lois West and Popowcer Katten, Ltd., has not filed any prior applications for compensation or reimbursement of expenses. Accordingly, pursuant to §330 of the Code, Lois West and Popowcer Katten, Ltd., may represent this application for final compensation.

WHEREFORE, Lois West and Popowcer Katten, Ltd., requests the entry of an order:

    A. Allowing and directing payment to Lois West and Popowcer Katten, Ltd., compensation in the amount of $7,126.00 as final compensation of for 31.2 hours of accounting services rendered; and a final award of reimbursement of expenses in the amount of $0.00 for the actual, necessary and valuable professional services rendered to the Trustee during the period of October 2, 2008 through November 5, 2008.

    B. For such other and further relief as this Court deems appropriate.

    Respectfully submitted by
    Ilene F. Goldstein

    By: /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave, Suite 200
Highland Park, Illinois 60035
(847) 926-9595