**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| J P INVESTMENTS, INC. | ) | |
| | ) | CASE NO. 06-01037 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:     HONORABLE A. Benjamin Goldgar
          BANKRUPTCY JUDGE

NOW COMES ILENE F. GOLDSTEIN, Trustee herein, pursuant to 11 U.S.C. §330, and requests

$41,197.39 as compensation, $15,750.00 of which has previously been paid, and $0.00 for reimbursement

of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured

claims are $758,947.82.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $            1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $            4,500.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $          35,447.39 | ($47,500.00 maximum) |
| 3% of balance | $                 0.00 | |
| | | |
| TOTAL COMPENSATION | $          41,197.39 | |

## II.  TRUSTEE'S EXPENSES

TOTAL EXPENSES                                    $                0.00

     The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 15th      day of  January, 2010          ____

Dated:  01/15/10                        /s/Ilene F. Goldstein
                                        ILENE F. GOLDSTEIN, Trustee
                                        Law Offices
                                        850 Central Avenue
                                        Suite 200
                                        Highland Park, IL  60035

EXHIBIT A

**TASKS PERFORMED BY TRUSTEE**

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs.  The Trustee reviewed all of the events in the Florida Bankruptcy.  The Trustee conducted an examination of the Debtor under Rule 2004 as the Section 341 meeting of creditors had already occurred in Florida..

1.    The Trustee prepared semi-annual reports to the United States Trustee's Office.

2.    The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

3.    The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

4.    The Trustee attended to tax issues concerning the estate.

5.    The Trustee reviewed the claims filed in this case. The Trustee compared schedules, notices of bar dates and claims dockets to ensure all creditors scheduled received the appropriate notices.

6.    The Trustee participated in every aspect of the case with outside counsel and at the request of outside counsel reviewed all of the pleadings filed prior to filing with the exception of routine pleadings. The trustee developed strategy which allowed the recovery and or resolution of interests in five substantial properties as well ass discharge issues. The Trustee collected and or has paid over $750,000.00 for the benefit of creditors.

SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIIN LLC


Attorney Key when initials used

IB : Ira Bodenstein
IXB : Ira Bosenstein
GEG : Gordon E. Gouveia
REG: Robert Glantz

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035


Invoice submitted to:
TJPI.ACCOUNTING:                                    January 15, 2010



Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/07 | IFG   Phone call<br>Review of shortfalls in the funding of DK operations (1.4)Telephone call with I. Bodenstein and Rick Ball to discuss additional funding needs(.40). | 1.80<br>275.00/hr | 495.00 |
|  | IFG     Review<br>Review email from I. Bodenstein re: Dunkin Highland property rent bill | 0.50<br>275.00/hr | 137.50 |
| 7/12/07 | IFG   Review<br>Review of Private Bank statement re: Melissa Pietet's May 2007 statement. | 1.20<br>275.00/hr | 330.00 |
| 8/17/07 | IFG   Phone call<br>Analysis of post closing issues and memos and emails(.90)Telephone call with I. Bodenstein re: post closing issues.(.30) | 1.20<br>275.00/hr | 330.00 |
| 8/24/07 | IFG   Phone call<br>Deveploment of procedure to pay bills in post closingconference with accountants(1.4)Telephone call with I. Bodenstein re: procedure to pay bills/payroll.(.30) | 1.70<br>275.00/hr | 467.50 |
| 8/31/07 | IFG   Review<br>Review PBG Financial communication re: payroll amount | 0.60<br>275.00/hr | 165.00 |
| 9/4/07 | IFG   Phone call<br>Extensive review and revision of agreement on post closing issues(2.1)Telephone call with I. Bodenstein re: Agreement.(.30) | 2.40<br>275.00/hr | 660.00 |
|  | IFG     Review<br>Review of Disbursement Agent Agreement.Revision and comments | 1.50<br>275.00/hr | 412.50 |

TJPI.ACCOUNTING:      Page

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/5/07 | IFG   Phone call<br>Additional review and revision to disbursement<br>agent agreement(.90)Telephone call with I.<br>Bodenstein re: finalizing disbursement agent<br>Agreement.(.20) | 1.10<br>275.00/hr | 302.50 |
|  | IFG      Review<br>Review  and draft and read email Ball to Gamer<br>re: disbursement agent agreement execution | 0.80<br>275.00/hr | 220.00 |
|  | IFG      Review<br>Review  and revise of disbursement agreement | 0.80<br>275.00/hr | 220.00 |
|  | IFG      Review<br>Review email from I. Bodenstein re: final draft<br>of disbursing agent  agreement, revise<br>agreement | 0.50<br>275.00/hr | 137.50 |
| 9/11/07 | IFG   Review<br>Review and partipate email PBG Financial<br>Services re: Dunkin accounts | 0.80<br>275.00/hr | 220.00 |
| 9/14/07 | IFG   Phone call<br>Review of status of funds in LLC<br>accountsTelephone call with I. Bodenstein<br>re:use of funds in LLC bank accounts. | 0.90<br>275.00/hr | 247.50 |
| 10/3/07 | IFG   Review<br>Review emails with Rick Ball and Ira<br>Bodenstein re: payment procedure for past due<br>bills | 0.20<br>275.00/hr | 55.00 |
| 10/15/07 | IFG      Review<br>Review and download to file email Ball to I.<br>Bodenstein re: Req. for Transfer of Funds for<br>payment of post-closing invoices plus exhibit. | 0.30<br>275.00/hr | 82.50 |
|  | IFG      Review<br>Review of Ball to I. Bodenstein letter re: req. for<br>transfer of funds payment (58 p.).Preliminary<br>reconcilliation to other expenses | 2.20<br>275.00/hr | 605.00 |
|  | IFG      Review<br>Review communication Ball to I. Bodenstein re:<br>post-closing invoices | 0.40<br>275.00/hr | 110.00 |
| 10/18/07 | IFG    Phone call<br>Telephone call with Ira Bodenstein re: payables<br>list | 0.30<br>275.00/hr | 82.50 |

TJPI.ACCOUNTING:                    Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/22/07 | IFG | Review<br>Review Melissa Pielet's Req. for Payment. | 0.50<br>275.00/hr | 137.50 |
|  | IFG | Review<br>Give authorization for Melissa Pielet's req. for<br>payment. | 0.40<br>275.00/hr | 110.00 |
| 10/22/07 | IFG | Review<br>Review communication from I. Bodenstein re:<br>signed exhibit A and check sent to Gamer | 0.50<br>275.00/hr | 137.50 |
|  | IFG | Review<br>Review email re: approved payables | 0.10<br>275.00/hr | 27.50 |
| 10/24/07 | IFG | Phone call<br>Telephone call with Ira Bodenstein re: payables | 0.10<br>275.00/hr | 27.50 |
| 11/15/07 | IFG | Review<br>Review Ira Bodenstein letter re: Dunkin refund | 0.10<br>275.00/hr | 27.50 |
| 1/17/08 | IFG | Review<br>Review of General Ledger JPI as of 12/31/07<br>(5 pages 1/17/08).Informal reconciliation with<br>other financial documents | 2.30<br>275.00/hr | 632.50 |
| 1/25/08 | IFG | Review<br>Review of I. Bodenstein communication re:<br>wind-up of Donut LLC | 0.50<br>275.00/hr | 137.50 |
| 2/8/08 | IFG | Phone call<br>Telephone call with Ira Bodenstein re:<br>resolution of windup issues | 0.30<br>275.00/hr | 82.50 |
| 2/9/08 | IFG | Review<br>Review bank reconciliation recap ltr. (9 pages).<br>Analysis of varying interests in the funds | 2.10<br>275.00/hr | 577.50 |
| 2/18/08 | IFG | Review<br>Review of letter PBG Financial/Gamer re:<br>closing of books | 0.30<br>275.00/hr | 82.50 |
| 2/19/08 | IFG | Review<br>Review of Melissa Pielet Request for Payment. | 0.50<br>275.00/hr | 137.50 |
|  | IFG | Phone call<br>Telephone call with R. Ball and Ira Bodenstein<br>re: PBG Financial final account and procedure<br>to divide sale proceeds | 0.10<br>275.00/hr | 27.50 |

TJPI.ACCOUNTING:                    Page 4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/08 | IFG | Review | 1.50 | 412.50 |
| | Review of PBG Financial ledger | | 275.00/hr | |
| 2/22/08 | IFG | Review | 0.30 | 82.50 |
| | Review of JPI reconciliation statement for download, file and enter into financial files. | | 275.00/hr | |
| | IFG | Review | 1.20 | 330.00 |
| | Review of JPI reconciliation for purposes of allowance of payment. | | 275.00/hr | |
| 2/27/08 | IFG | Review | 3.00 | 825.00 |
| | Review JPI reconciliation ledger | | 275.00/hr | |
| | IFG | Phone call | 0.10 | 27.50 |
| | Telephone call with Ira Bodenstein re: final reconciliation | | 275.00/hr | |
| 3/12/08 | IFG | Review | 0.30 | 82.50 |
| | Review of letter Ball to I. Bodenstein re: JPI reconciliation (2 p.) | | 275.00/hr | |
| | IFG | Phone call | 0.20 | 55.00 |
| | Telephone call with Ira Bodenstein re: direction to deliver check to M. Pielet and sign off on reconciliation | | 275.00/hr | |
| 5/28/08 | IFG | Review | 0.60 | 165.00 |
| | Review email to PBG from I. Bodenstein re: payments to trustee and how accomplished | | 275.00/hr | |
| 7/18/08 | IFG | Review | 2.10 | 577.50 |
| | Review email from PBG Financial re: reconciliations | | 275.00/hr | |
| | IFG | Review | 1.20 | 330.00 |
| | Review JPI reconciliation ledger | | 275.00/hr | |
| 10/29/08 | IFG | Review | 1.50 | 412.50 |
| | Review of cash receipts and disbursement records  form (4 pages 10/29/08).Compare to other financial documents | | 275.00/hr | |

|  | | ----------------- |
| For professional services rendered | 37.00 | 10,725 .00 |

Timekeeper summary

---

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 37.00 | 275.00 | $10,175.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TJPI. CaseAdmin:

January 15, 2010

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/1/06 | IFG | Conference | 0.60 | 165.00 |
|  | Office conference with GEG and I. Bodenstein re background of cases, re-noticing motions to be heard downtown. | | 275.00/hr | |
| 3/14/06 | IFG | Meeting | 2.10 | 577.50 |
|  | Meeting with I. Bodenstein to review status of all matters; preparation for meeting, aggregating all file information | | 275.00/hr | |
| 4/3/06 | IFG | Review | 0.40 | 110.00 |
|  | Review of GEG's supplemental disclosure draft on affidavit and looking at conflict issues.. | | 275.00/hr | |
| 4/18/06 | IFG | Assembly of Legal Documents | 2.50 | 687.50 |
|  | Assemble and obtain new FEIN number for debtor, set up initial financial accounts and open up segregated account with funds from Florida; set up paper accounts and computer files. | | 275.00/hr | |
| 5/26/06 | IFG | Phone call | 0.10 | 27.50 |
|  | Telephone call with I. Bodenstein re status | | 275.00/hr | |
| 12/19/06 | IFG | Phone call | 1.40 | 385.00 |
|  | Telephone call with I. Bodenstein to discuss operation of donut shops. Review of operating information and Melissa/Bradley info on operations | | 275.00/hr | |
| 1/15/07 | IFG | Preparation | 1.00 | 275.00 |
|  | Preparation of yearly report to UST and for file | | 275.00/hr | |
| 1/16/07 | IFG | Preparation | 1.00 | 275.00 |
|  | Preparation of yearly report to UST and for filing | | 275.00/hr | |
| 12/31/07 | IFG | Balance | 2.50 | 687.50 |
|  | Reconciliation of court orders w/ receipts & disb year-end    1/18/08 | | 275.00/hr | |
|  | IFG | Preparation | 1.00 | 275.00 |
|  | Preparation of yearly report to UST and for file | | 275.00/hr | |

| Date | | | Hrs/Rate | Amount |
|------|------|------|------|------|
| 12/31/08 | IFG | Balance | 2.50 | 687.50 |
| | | Reconciliation of court orders w/ receipts & disb year-end | 275.00/hr | |
| 1/16/09 | IFG | Preparation | 1.00 | 275.00 |
| | | Preparation of yearly report to UST and for file | 275.00/hr | |
| 12/31/09 | IFG | Preparation | 12.00 | 3,300.00 |
| | | Preparation of time entries for Trustee time accumulated estimate | 275.00/hr | |
| | IFG | Balance | 2.50 | 687.50 |
| | | Reconciliation of court orders w/ receipts & disb year-end. | 275.00/hr | |
| | | | ------------- | ------------- |
| | | For professional services rendered | 30.60 | $8,415.00 |

Timekeeper summary

-----------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| Ilene F. Goldstein | 30.60 | 275.00 | $8,415.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TJPI.CredClaims:                                                        January 15, 2010

Professional services

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/26/06 | IFG | Phone call<br>Telephone call with I. Bodenstein to discuss<br>release. Review of releases and execution of<br>same | 1.10<br>275.00/hr | 302.50 |
| 10/6/06 | IFG | Phone call<br>Telephone call with IXB re: executed documents<br>and claims dockets. | 0.50<br>275.00/hr | 137.50 |
| 10/27/06 | IFG | Phone call<br>Telephone call with I. Bodenstein re: EPA Claim.<br>Review of claims dockets and no claim on file.<br>Search both Florida and Chicago files | 1.60<br>275.00/hr | 440.00 |
| 12/4/06 | IFG | Phone call<br>Telephone call with I. Bodenstein re: EPA claim<br>analysis; look for informal proof of claim<br>issue.Review documents allegedly supporting<br>informal claim. Formulate Trustees position on<br>allowance of claim in the JPI case | 2.10<br>275.00/hr | 577.50 |
| 12/11/06 | IFG | Phone call<br>Review of EPA claims memo(.80)Telephone call<br>with I. Bodenstein re: EPA Claim memo(.30) | 1.10<br>275.00/hr | 302.50 |
| 12/12/06 | IFG | Meeting<br>Meeting with I. Bodenstein and Randy Stone to<br>discuss EPA claim issues.Meeting after and<br>before and preparation for meeting.  Review of<br>EPA position and Trustee's position | 5.50<br>275.00/hr | 1,512.50 |
|  | IFG | Phone call<br>Telephone call with GEG re: creditor matrix and<br>service list for settlement motion.Download<br>matrix for service to assist lawyers | 0.40<br>275.00/hr | 110.00 |
| 6/13/08 | IFG | Review<br>Review I. Bodenstein email re: claim distribution<br>issues | 0.10<br>275.00/hr | 27.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/18/08 | IFG   Phone call | 0.20 | 55.00 |
| | Telephone call with I. Bodenstein re: claims resolution issues | 275.00/hr | |
| 9/15/08 | IFG   Phone call | 0.30 | 82.50 |
| | Telephone call with I. Bodenstein re: proposed EPA/Dorothy Pielet settlement | 275.00/hr | |
| 12/8/08 | IFG   Review | 0.30 | 82.50 |
| | Review I. Bodenstein email re: winding up and phone call re: same | 275.00/hr | |
| 2/3/09 | IFG   Phone call | 0.20 | 55.00 |
| | Telephone call with I. Bodenstein re: comments to latest draft of EPA Consent Decree | 275.00/hr | |
| 3/19/09 | IFG   Phone call | 0.20 | 55.00 |
| | Telephone call with I. Bodenstein re: execution EPA Consent Decree and settlement | 275.00/hr | |
| | For professional services rendered | 13.60 | $3,740.00 |

Timekeeper summary

-------------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 13.60 | 275.00 | $3,740.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TJPI.GenInvest:

January 15, 2010

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/17/06 | IFG   Review | 0.30 | 82.50 |
| | Review of letter I. Bodenstein to Tristan Siegal re: Dunkin's motion to vacate | 275.00/hr | |
| 5/10/06 | IFG   Phone call | 0.30 | 82.50 |
| | Telephone call with I. Bodenstein re LLC letter. | 275.00/hr | |
| 6/9/06 | IFG   Review | 0.50 | 137.50 |
| | Review of Complaint (27 p) | 275.00/hr | |
| 6/29/06 | IFG   Review | 1.10 | 302.50 |
| | Review of Northshore Management letter to Pielet Donut Shops re: purchase of donut shop assets and business concerns (10 p) | 275.00/hr | |
| 11/6/06 | IFG   Review | 0.50 | 137.50 |
| | Review of Lake County Treasurer Office letter to North Shore Donuts re: unpaid property taxes | 275.00/hr | |

|  | ------------- | --------------- |
| For professional services rendered | 2.70 | $742.50 |

Timekeeper summary

----------------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 2.70 | 275.00 | $742.50 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TJPI.GlobSettle:

January 15, 2010

Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/28/06 | IFG   Review<br>Review of U.S. EPA letter to Dzikowski and Walsh re: EPA claims against JPI  (53 p) | 1.10<br>275.00/hr | 302.50 |
| 6/28/06 | IFG   Meeting<br>Meeting with I. Bodenstein to review current status and formulate global settlement proposal. | 2.30<br>275.00/hr | 632.50 |
| 8/29/06 | IFG   Phone call<br>Review of changed to Global Settlement sheet.Telephone call with I. Bodenstein re: changes to global settlement term sheet. | 1.10<br>275.00/hr | 302.50 |
| 9/11/06 | IFG   Phone call<br>Telephone call with I. Bodenstein re: term sheet changes. | 0.10<br>275.00/hr | 27.50 |
| 3/20/09 | IFG   Review<br>Review of letter to I. Bodenstein re: signature page to be signed | 0.10<br>275.00/hr | 27.50 |
| 6/11/09 | IFG   Opinion<br>Review of Opinion re: settlement motion | 1.00<br>275.00/hr | 275.00 |
| 7/1/09 | IFG   Review<br>Review G. Gouveia's email re: outcome of hearing. | 0.50<br>275.00/hr | 137.50 |

|  | ------------- | --------------- |
| For professional services rendered | 6.20 | $1,705.00 |

Timekeeper summary

-------------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 6.20 | 275.00 | $1,705.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035


Invoice submitted to:
TJPI.Misc:

January 15, 2010


Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/06 | IFG | Review Review Motion to Employ Counsel (7 p) | 0.10 275.00/hr | 27.50 |
|  | IFG | Review Review labels re: parties to the case for mass mailing | 0.30 275.00/hr | 82.50 |
|  | IFG | Review Review affidavit | 0.10 275.00/hr | 27.50 |
| 3/1/06 | IFG | Review Review of letter to I. Bodenstein re: Pielet and JPI documents | 0.20 275.00/hr | 55.00 |
| 3/15/06 | IFG | Review Review letter from I. Bodenstein re: retainer (5 p) requirement | 0.30 275.00/hr | 82.50 |
| 3/20/06 | IFG | File Review file and docket  letter from I. Bodenstein to Tristan Siegel re: Dunkin's motion to vacate and motion to vacate | 0.10 275.00/hr | 27.50 |
| 6/20/06 | IFG | Review Review memo from Tristan Siegel to I. Bodenstein re: purchase agreement | 0.30 275.00/hr | 82.50 |
| 6/26/06 | IFG | File Review Download and file Review email from Geekie to I. Bodenstein re: Dunkin Donuts' franchise fees | 0.10 275.00/hr | 27.50 |
|  | IFG | Review Download series of email and file  email Ball to I. Bodenstein re: Asset Purchase Agreement | 0.10 275.00/hr | 27.50 |
| 6/27/06 | IFG | File and Docket File and docket Asset Purchase Agreement | 0.50 275.00/hr | 137.50 |
|  | IFG | Review Review and read Asset Purchase Agreement | 0.50 275.00/hr | 137.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/06 | IFG   Review<br>Review copy of email sent by I. Bodenstein originally Gouveia to I. Bodenstein re: CERCLA claim | 0.50<br>275.00/hr | 137.50 |
| 10/20/06 | IFG   Review<br>Review email Geekie to I. Bodenstein re: calculation from franchise sale | 0.20<br>275.00/hr | 55.00 |
| 12/15/06 | IFG   Review<br>Review of letter to I. Bodenstein re: court approved retainer check | 0.50<br>275.00/hr | 137.50 |
| 1/5/07 | IFG   Review<br>Review email from I. Bodenstein re: Dunkin's attorney's fees | 0.20<br>275.00/hr | 55.00 |
| 1/21/07 | IFG   Review<br>Review of first interim application of Shaw Gussis as counsel for trustee for allowance of compensation and reimbursement of expenses (14 p) | 1.10<br>275.00/hr | 302.50 |
| 1/23/07 | IFG   Review<br>Review first application for allowance of interim compensation for trustee (3 p) | 0.50<br>275.00/hr | 137.50 |
| | IFG      Review<br>Review Shaw Gussis notice of first interim fee application | 0.50<br>275.00/hr | 137.50 |
| | IFG      File and Docket<br>file and docket first interim application of Shaw Gussis for allowance of compensation and reimbursement of expenses | 0.50<br>275.00/hr | 137.50 |
| 2/14/07 | IFG   File and Docket<br>Review of trustee's application for compensation and expenses. | 0.50<br>275.00/hr | 137.50 |
| 5/30/07 | IFG   Review<br>Review affidavit | 0.10<br>275.00/hr | 27.50 |
| 7/16/07 | IFG   Review<br>Review email Ball to I. Bodenstein re: documentation of two payments made by Melissa Pielet | 0.30<br>275.00/hr | 82.50 |
| 10/16/07 | IFG   Review<br>Preliminary Review Shaw Gussis Fishman et al. slip listing (fee) | 0.60<br>275.00/hr | 165.00 |
| | IFG      Review<br>Review Shaw Gussis, et al's Group B slip listing (53 p). | 1.50<br>275.00/hr | 412.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/17/07 | IFG   File Review<br>File and docket  Shaw Gussis first interim application as counsel for allowance of compensation and reimbursement expenses (12 p) | 0.20<br>275.00/hr | 55.00 |
| 10/17/07 | IFG   File and Docket<br>File and docket Review order allowing compensation and reimbursement of expenses to Shaw Gussis | 0.50<br>275.00/hr | 137.50 |
| 10/22/07 | IFG   Review<br>Review communication with I. Bodenstein re: fees | 0.30<br>275.00/hr | 82.50 |
|  | IFG      File and Docket<br>Review trustee's application for compensation and expenses | 0.50<br>275.00/hr | 137.50 |
|  | IFG      Review<br>Review trustee's application for partial compensation and expenses | 0.10<br>275.00/hr | 27.50 |
|  | IFG      Phone call<br>Review of billing exhibit;Telephone call discussion with Ira Bodenstein re: Shaw Gussis fee application | 1.10<br>275.00/hr | 302.50 |
| 10/23/07 | IFG   Review<br>Review invoices in reference to and retention and compensation of professionals (17 p). | 1.20<br>275.00/hr | 330.00 |
|  | IFG      Review<br>Review updated service list | 0.20<br>275.00/hr | 55.00 |
|  | IFG      Phone call<br>Telephone call with Ira Bodenstein re: service list | 0.10<br>275.00/hr | 27.50 |
| 10/24/07 | IFG   Review<br>Review trustee's application for compensation and expenses for creditor inquiry | 0.30<br>275.00/hr | 82.50 |
|  | IFG      Review<br>Review and update service list (3 p) | 0.30<br>275.00/hr | 82.50 |
| 10/24/07 | IFG   Preparation<br>Prepare affidavit | 0.10<br>275.00/hr | 27.50 |
|  | IFG      Review<br>Review of entire fee application | 0.10<br>275.00/hr | 27.50 |
| 10/25/07 | IFG   Review<br>Review of fee application | 0.80<br>275.00/hr | 220.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/26/07 | IFG    Review<br>Review second application for professional<br>compensation | 1.10<br>275.00/hr | 302.50 |
|  | IFG      Review<br>Review order allowing  interim compensation<br>and reimbursement of expenses | 0.20<br>275.00/hr | 55.00 |
|  | IFG      Review<br>Review of trustee's application for partial<br>compensation and expenses | 0.20<br>275.00/hr | 55.00 |
|  | IFG      File Review<br>Review and maintenance of files | 1.20<br>275.00/hr | 330.00 |
| 11/16/07 | IFG    Review<br>Review fee application and Trustee Comp<br>application. | 0.80<br>275.00/hr | 220.00 |
| 11/19/07 | IFG    Review<br>Review and revise  first interim fee app. and<br>Trustee fee and comp apps. | 0.90<br>275.00/hr | 247.50 |
| 1/24/08 | IFG   Prepare<br>Prepare property report for Ira Bodenstein's<br>review. | 1.10<br>275.00/hr | 302.50 |
| 1/25/08 | IFG   Review<br>Review email communication I. Bodenstein to<br>Geekie re: Pielet | 0.20<br>275.00/hr | 55.00 |
| 1/25/08 | IFG   Review<br>Review emails from Geekie to I. Bodenstein re:<br>statutory fees JPI, Pielet | 0.30<br>275.00/hr | 82.50 |
| 1/28/08 | IFG   Review<br>Review Florida docket entry | 0.20<br>275.00/hr | 55.00 |
| 10/30/08 | IFG    Review<br>Review communication Lois West to I.<br>Bodenstein re: JPI and estate of James Pielet | .30<br>275.00/hr | 82.50 |
| 11/10/08 | IFG    Review<br>Review of letter to IRS re: prompt determination<br>tax returns | 1.00<br>275.00/hr | 275.00 |
|  | IFG      Review<br>Review Illinois Department of Revenue letter re:<br>tax returns prompt determination | 0.50<br>275.00/hr | 137.50 |
|  | IFG      Review<br>Review IRS letter re: tax returns prompt<br>determination | 0.50<br>275.00/hr | 137.50 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/20/09 | IFG   Review<br>Review of communication Popowcer Katten to<br>I. Bodenstein re:  estimate of additional legal<br>fees | 0.30<br>275.00/hr | 82.50 |
| 5/19/09 | IFG   Phone call<br>Telephone call and email with Ira Bodenstein<br>re: Trustee handling objections to claims | 0.50<br>275.00/hr | 137.50 |
| 5/27/09 | IFG   Review<br>Review of communication from I. Bodenstein<br>re: fifth third proof of claim transferred to<br>Cadleway | 0.50<br>275.00/hr | 137.50 |
| 6/11/09 | IFG   Review<br>Review filings and email message | 0.20<br>275.00/hr | 55.00 |
| 7/21/09 | IFG   Review<br>Review  fee application and proposed order | 0.80<br>275.00/hr | 220.00 |
| 1/10/10 | IFG   Review<br>Review time entries for fee petition for trustee | 4.00<br>275.00/hr | 1,100.00 |

```
                                                     -------------      -----------------
            For professional services rendered           30.20             8,305.00
```

Timekeeper summary

--------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 30.20 | 275.00 | $8,305.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035

Invoice submitted to:
TJPI.SaleAssets:                                                                January 15, 2010

Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/06 IFG   Phone call<br>Telephone call with IXB review new 2004 exam<br>date, Dunkin Donuts complaint, sale of  Waukegan property. | | 0.50<br>275.00/hr | 137.50 |
| 6/10/06 IFG   Phone call<br>Telephone call with I. Bodenstein re proposed<br>letter of intent. | | 0.70<br>275.00/hr | 192.50 |
| 6/20/06 IFG   Phone call<br>Telephone call with I. Bodenstein re Asset<br>Purchase Agreement. Prior review of Asset<br>purchase agreement with changes | | 2.10<br>275.00/hr | 577.50 |
| 6/21/06 IFG   Phone call<br>Telephone call with I. Bodenstein re: Asset<br>Purchase Agreement.Continued review and<br>revision | | 2.10<br>275.00/hr | 577.50 |
| 6/26/06  IFG   Phone call<br>Telephone call with I. Bodenstein re: Waukegan<br>insurance on Dunkin Donuts;   and Asset<br>Purchase Agreement. Attend to insurance<br>issue and issues in sale agreement | | 1.30<br>275.00/hr | 357.50 |
| 6/27/06    IFG   Phone call<br>Review revisions to asset agreement made by<br>Rick Ball. Telephone call with I. Bodenstein re:<br>revisions to Asset Purchase Agreement from<br>Rick Ball. | | 1.20<br>275.00/hr | 330.00 |
| 7/20/06    IFG   Phone call<br>Review of revised asset agreement with<br>participants comments. Telephone call with I.<br>Bodenstein re: asset sale. | | 1.50<br>275.00/hr | 412.50 |
| 7/28/06    IFG   Phone call<br>Telephone call with I. Bodenstein re: sale of<br>donut LLC's. | | 0.10<br>275.00/hr | 27.50 |
| 9/6/06     IFG   Phone call<br>Telephone call with I. Bodenstein re: term sheet. | | 0.20<br>275.00/hr | 55.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/2/07 | IFG   Review<br>Review Asset Purchase Agreement Between<br>and Among, all parties. (25 pages 1/07).<br>Discussion of the same | 3.50<br>275.00/hr | 962.50 |
| 1/12/07 | IFG   Review<br>Review of JPI 2006 check register (39 pages)<br>for payments and allowance of expenses. | 4.20<br>275.00/hr | 1,155.00 |
| 1/15/07 | IFG   Phone call<br>Analysis of financial data and shortfall at donut<br>shops and impact on sale.(2.2)Telephone call<br>with I. Bodenstein re: operating shortfall issue<br>at donut stores, revised APA with Khoja.9.2) | 2.40<br>275.00/hr | 660.00 |
| 1/16/07 | IFG   Phone call<br>Preparation for teleconference to discuss<br>shortfall issues.Telephone call with I.<br>Bodenstein, Rick Ball and Roseanne<br>Clambrone to discuss operating shortfall issues. | 2.10<br>275.00/hr | 577.50 |
| 2/28/07 | IFG   Phone call<br>Review of documents on lease in DK store.<br>(1.1)Telephone call with I. Bodenstein re: lease<br>renewal issue.(.3) | 1.40<br>275.00/hr | 385.00 |
| 3/27/07 | IFG   Review<br>Review of Grand Ave., Waukegan Schedule<br>2.1(b) owned prop. legal descrip. (1 p.). | 0.40<br>275.00/hr | 110.00 |
| 4/17/07 | IFG   Phone call<br>Telephone call with I. Bodenstein re: executed<br>APA with Khoja. | 0.20<br>275.00/hr | 55.00 |
|  | IFG       Review<br>Review with I. Bodenstein execution of Asset<br>Purchase Agreement. | 0.20<br>275.00/hr | 55.00 |
|  | IFG       Review<br>Review of Purchase Agreement between IFG<br>and Northshore Management Group.  (49 pgs<br>4/17/07). | 2.10<br>275.00/hr | 577.50 |
| 4/19/07 | IFG   Phone call<br>Telephone call with I. Bodenstein re: terms of<br>APA and APA. | 1.30<br>275.00/hr | 357.50 |
|  | IFG       File Review<br>file Fax to I. Bodenstein re: signature page and<br>agreement | 0.10<br>275.00/hr | 27.50 |
| 4/20/07 | IFG   Conference<br>Review of closing issues in preparation for<br>conference.Conference with RWG re: contract<br>terms and closing issues. | 1.60<br>275.00/hr | 440.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/23/07 | IFG   Conference<br>Review of remaining sale issues and determination of payment of claimsConference with RWG re: sale issues. | 1.80<br>275.00/hr | 495.00 |
|  | IFG      Phone call<br>Telephone call with I. Bodenstein re: authority to deliver executed APA. | 0.20<br>275.00/hr | 55.00 |
| 4/24/07 | IFG   Review<br>Review email I. Bodenstein to Boxerman re: executed copy of asset purchase agreement | 0.90<br>75.00/hr | 247.50 |
| 5/23/07 | IFG   Review<br>Review of letter Princeton Title & Escrow to I. Bodenstein re: escrow acct. check to trustee (2 p.). Deposit of funds and setting up of accounts | 1.10<br>275.00/hr | 302.50 |
|  | IFG      Review<br>Review communication to I. Bodenstein from Boxerman re: status purchase agreement | 0.30<br>275.00/hr | 82.50 |
|  | IFG      Review<br>Review email exchange I. Bodenstein and M. Boxerman re: extension of contingency period | 0.50<br>275.00/hr | 137.50 |
| 6/14/07 | IFG   Review<br>Review of  Motion to Protect Bid Protection etc. (72 pages 6/14/07). Discussion of same with counsel, revisions to all parties and redisuss | 3.50<br>275.00/hr | 962.50 |
| 6/21/07 | IFG   Phone call<br>Preparation for sale hearing(1.5)Telephone call with I. Bodenstein re: sale hearing.(.2) | 1.70<br>275.00/hr | 467.50 |
| 7/11/07 | IFG   Review<br>Review Order Dismissing Adversary Proceeding (9 p) | 0.20<br>275.00/hr | 55.00 |
| 7/11/07 | IFG   Review<br>Review motion to dismiss adversary proceeding (8 p) | 0.40<br>275.00/hr | 110.00 |
| 7/27/07 | IFG   Review<br>Review of I. Bodenstein motion to Judge Goldgar re: order authorizing sale of assets outside ordinary course of business free and clear of liens, claims and encumbrances (59 p.) Comment and send revisions | 3.20<br>275.00/hr | 880.00 |
| 7/31/07 | IFG   Review<br>Review and revise motion order authorizing sale of assets outside the ordinary course of business free and clear of liens, claims and encumbrances (9 p.). | 0.90<br>275.00/hr | 247.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/6/07 | IFG   Phone call<br>Telephone call with I. Bodenstein re: closing issues.(.30) Review of handling of the money issues and coordination of payments(1.5) | 1.80<br>275.00/hr | 495.00 |
| 8/9/07 | IFG   Phone call<br>Development of closing procedures(1.4)Telephone call with I. Bodenstein re: closing procedures.(.2) | 1.60<br>275.00/hr | 440.00 |
| 8/13/07 | IFG   Phone call<br>Review of Dunkin Transfer Agreement(.70)Telephone call with I. Bodenstein re: Dunkin agreement of transfer.(.20) | 0.20<br>275.00/hr | 55.00 |
| 8/23/07 | IFG   Review<br>Review of Atty. Brown letter to I. Bodenstein re: Cert. of Title deed. | 0.30<br>275.00/hr | 82.50 |
| 11/15/07 | IFG    Review<br>Review Ira Bodenstein letter re: Dunkin refund | 0.20<br>275.00/hr | 55.00 |
| | | ------------- | ----------------- |
| | For professional services rendered | 48.00 | $13,200.00 |

Timekeeper summary

--------------------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 48.00 | 275.00 | 13,200.00 |

Ilene F. Goldstein as Trustee
C/O Ilene F. Goldstein Chartered
850 Central Avenue
Suite 200
Highland Park IL 60035


Invoice submitted to:
TJPI.StateLitig:                                        January 15, 2010


    Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/7/06 | IFG   Phone call<br>Telephone call with I. Bodenstein re: Waukegan<br>court appearance and motion for turnover.<br>Obtaining information to find file | 1.10<br>275.00/hr | 302.50 |
| 3/8/06 | IFG   Phone call<br>Telephone call with I. Bodenstein re: franchise<br>termination action. | 0.30<br>275.00/hr | 82.50 |
|  |  | ------------ | -------------- |
|  | For professional services rendered | 1.40 | $385.00 |

        Timekeeper summary

----------------------------------------------------------------------------------------------------

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Ilene F. Goldstein | 1.40 | 275.00 | $385.00 |