**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:     J P INVESTMENTS, INC.     §     Case No. 06-01037
   §
   §
Debtor(s)     §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 03/10/2010 before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in Courtroom 613 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>02/05/2010</u>        By:    <u>/s/ILENE F. GOLDSTEIN</u>

**UST Form 101-7-NFR (9/1/2009)**

Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: J P INVESTMENTS, INC.　　　　　　　　　§　Case No. 06-01037
　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　§

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 758,954.88 |
| *and approved disbursements of* | $ 532,166.61 |
| *leaving a balance on hand of* [1] | $ 226,788.27 |

Claims of secured creditors will be paid as follows:

*Claimant*　　　　　　　　　　　　　　　　　　　　　　　　　　*Proposed Payment*
　　　　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 25,447.39 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 10,175.00 | $ 142.09 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD. | $ 7,126.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Attorney for trustee | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | $ 16,931.50 | $ 114.68 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,494,311.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Fifth Third Bank (Chicago) | $ 66,013.44 | $ 1,158.33 |
| 2 | Dorothy Pielet | $ 6,034,400.51 | $ 105,884.27 |
| 3 | United States of America on behalf of US EPA | $ 3,391,517.33 | $ 59,510.19 |
| 4 | Richard Jalovec and Assoc | $ 2,380.00 | $ 41.76 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,695,758.67 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | United States of America on behalf of US EPA | $ 1,695,758.67 | $ 0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/ILENE F. GOLDSTEIN
Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez              Page 1 of 1                  Date Rcvd: Feb 08, 2010
Case: 06-01037                Form ID: pdf006            Total Noticed: 18


The following entities were noticed by first class mail on Feb 10, 2010.
db         +J P Investments, Inc,   1691 Weiland Road,   Buffalo Grove, IL 60089-6887
aty        +Gordon E. Gouveia,   Shaw, Gussis, Fishman, Glantz, et al,   321 N. Clark Street,   Suite 800,
             Chicago, IL 60654-4766
aty        +Harry J Ross,   6100 Glades Road,   Suite 211,   Boca Raton, FL 33434-4371
aty        +Ilene F Goldstein,   Ilene F Goldstein Chartered,   850 Central Avenue,   Suite 200,
             Highland Park, IL 60035-3278
aty        +Ira Bodenstein,   Shaw, Gussis, Fishman, Glantz, etal,   321 N. Clark Street,   Suite 800,
             Chicago, IL 60654-4766
aty        +Shaw Gussis Fishman Glantz Wolfson & Towbin Llc,   321 North Clark Street Suite 800,
             Chicago, IL 60654-4766
tr         +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
             Highland Park, IL 60035-3278
10587979    Dorothy Pielet,   c/o Eugene J Geekie,   Schiffhardin LLP,   6600 Sears Tower,   Chicago IL 60606
10680489   +Duane Morris LLP,   Rosanne Ciambrone,   Frederick R Ball,   227 W Monroe Suite 3400,
             Chicago, IL 60606-5098
10587976   +Fifth Third Bank,   346 W Carol Ln,   Elmhurst Il 60126-1030
10948443   +Fifth Third Bank (Chicago),   c/o Jeffrey S Burns,   Crowley Barrett & Karaba Ltd,
             20 S Clark St Suite 2310,   Chicago, IL 60603-1806
10587977   +James Pielet,   8011 Laurel Ridge Court,   Delray Beach Fl 33446-9537
10587972   +Jeff Burns, Esq,   Crowley Barret and Karaba,   20 South Clark Street,   Suite 2310,
             Chicago IL 60603-1806
10587973   +John Walsh Esq,   1601 Sawgrass Corp Pkwy,   Suite 120,   Ft Lauderdale Fl 33323-2827
10587978   +Manuel Farach,   777 South Flagler Drive,   Ste 1601,   West Palm Beach Fl 33401-6102
10587975    Randall M Stone,   Environmental Enforcement Section,   U S Department of Justice,   P O Box 7611,
             Washington, DC 20044-7611
10587980    Schiff Hardin LLP,   C/O Eugene J Geekie,   6600 Sears Tower,   Chicago IL 60606
10948492    United States of America on behalf of US EPA,   c/o Randall M Stone Trial Attorney,
             US Department of Justice,   PO Box 7611,   Washington, DC 20044-7611
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10587974    Patricia A Dzikowski,   Dzikowski & Walsh,   1601 Sawgraa Corp Pkwy,   Suite 120
aty*       +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
             Highland Park, IL 60035-3278
                                                                                               TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2010              Signature: _*Joseph Speetjens*_