## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: J  P INVESTMENTS, INC. | § | Case No.  06-01037 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  $0.00 |
| Total Distribution to Claimants: $466,653.56 | Claims Discharged Without Payment:  $11,024,799.39 |
| Total Expenses of Administration:  $292,308.87 | |

3)  Total gross receipts of $  758,962.43  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      0.00     (see **Exhibit 2** ), yielded net receipts of $758,962.43 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $300,225.84 | $300,225.84 | $300,225.84 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 292,308.87 | 292,308.87 | 292,308.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 11,448,992.74 | 11,191,227.11 | 166,427.72 |
| **TOTAL DISBURSEMENTS** | $0.00 | $12,041,527.45 | $11,783,761.82 | $758,962.43 |

4)  This case was originally filed under Chapter 7 on February 07, 2006.
.  The case was pending for 56 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/01/2010            By:  /s/ILENE F. GOLDSTEIN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| TRUSTEE AVOIDING POWER DK Donut Interests | 1241-000 | 754,957.37 |
| Interest Income | 1270-000 | 4,005.06 |
| **TOTAL GROSS RECEIPTS** | | $758,962.43 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Melissa Pielet | 4210-000 | N/A | 300,225.84 | 300,225.84 | 300,225.84 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $300,225.84 | $300,225.84 | $300,225.84 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 41,197.39 | 41,197.39 | 41,197.39 |
| Clerk of the United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 17,214.00 | 17,214.00 | 17,214.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 532.11 | 532.11 | 532.11 |
| Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | 3210-000 | N/A | 167,826.00 | 167,826.00 | 167,826.00 |
| Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | 3220-000 | N/A | 422.08 | 422.08 | 422.08 |
| POPOWCER  KATTEN, LTD. | 3410-000 | N/A | 7,126.00 | 7,126.00 | 7,126.00 |
| Howard Gamer as Disbursing Agent | 2500-000 | N/A | 9,543.94 | 9,543.94 | 9,543.94 |
| HOWARD GAMER AS DISBURSING AGENT | 2500-000 | N/A | 47,383.98 | 47,383.98 | 47,383.98 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 437.22 | 437.22 | 437.22 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 194.71 | 194.71 | 194.71 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 181.44 | 181.44 | 181.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 292,308.87 | 292,308.87 | 292,308.87 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fifth Third Bank (Chicago) | 7100-000 | N/A | 323,779.07 | 66,013.44 | 0.00 |
| Dorothy Pielet | 7100-000 | N/A | 3,017,200.26 | 3,017,200.26 | 52,889.12 |
| Schiffhardin LLP | 7100-000 | N/A | 3,017,200.25 | 3,017,200.25 | 52,889.12 |
| United States of America on behalf of US EPA | 7100-000 | N/A | 3,391,517.33 | 3,391,517.33 | 59,450.60 |
| United States of America on behalf of US EPA | 7400-000 | N/A | 1,695,758.67 | 1,695,758.67 | 0.00 |
| Richard Jalovec and Assoc | 7100-000 | N/A | 2,380.00 | 2,380.00 | 41.72 |
| Manuel Farach | 7100-000 | unknown | N/A | N/A | 0.00 |
| Clerk of the Court | 7100-001 | N/A | 1,157.16 | 1,157.16 | 1,157.16 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 11,448,992.74 | 11,191,227.11 | 166,427.72 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06-01037 | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** J P INVESTMENTS, INC. | **Filed (f) or Converted (c):** 02/07/06 (f) |
| | **§341(a) Meeting Date:** 04/06/06 |
| **Period Ending:** 10/01/10 | **Claims Bar Date:** 02/07/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | TRUSTEE AVOIDING POWER DK Donut Interests (u)<br>    Trustee is awaiting a final reconcilliation and expects somewhere between $10,000 and $25,000 additional funds for the Estate  (See Footnote) | Unknown | 500,000.00 | | 754,957.37 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4,005.06 | Unknown |
| 2 | **Assets** **Totals** (Excluding unknown values) | **$0.00** | **$500,000.00** | | **$758,962.43** | **$0.00** |

RE PROP# 1       STATUS:  THE TRUSTEE THROUGH COUNSEL IS ATTEMPTING TO RESOLVE THE TWO LARGEST CREDITOR CLAIMS
                 BETWEEN THIS ESTATE AND THE RELATED JAMES PIELET ESTATE.  IN ADDITION, THE TRUSTEE HAS FILED HER TAX
                 RETURNS AND IS WAITING FOR A 505(b) DETERMINATION.  ONCE THESE TWO ISSUES ARE ACCOMPLISHED THE
                 TRUSTEE WILL PREPARE AND FILE HER FINAL REPORT.

**Major Activities Affecting Case Closing:**

        STATUS: STATUS: THE TRUSTEE HAS SUBMITTED HER FINAL REPORT TO THE UST FOR REVIEW ON JANUARY 21, 2010.

**Initial Projected Date Of Final Report (TFR):**       December 31, 2008        **Current Projected Date Of Final Report (TFR):**       March 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-01037 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | J P INVESTMENTS, INC. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****35-65 - Money Market Account |
| Taxpayer ID #: | **-***9527 | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 10/01/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/07 | | From Account #********3566 | transfer | 9999-000 | 675,000.00 | | 675,000.00 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6000% | 1270-000 | 53.61 | | 675,053.61 |
| 10/24/07 | | Transfer of funds to DDA | Transfer of funds posted in error | 9999-000 | 46,086.71 | | 721,140.32 |
| 10/24/07 | | To Account #********3566 | | 9999-000 | | 46,086.71 | 675,053.61 |
| 10/24/07 | 1001 | HOWARD GAMER AS<br>DISBURSING AGENT | Payment of Claims pursuant to sale | 2500-000 | | 47,383.98 | 627,669.63 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.6000% | 1270-000 | 963.92 | | 628,633.55 |
| 11/19/07 | 1002 | Shaw Gussis Fishman Glantz<br>Wolfson & Towbin, L.L.C. | INTERIM FEES OUTSIDE FIRM | 3210-000 | | 125,894.50 | 502,739.05 |
| 11/19/07 | 1003 | Shaw Gussis Fishman Glantz<br>Wolfson & Towbin, L.L.C. | INTERIM EXPENSES OUTSIDE FIRM | 3220-000 | | 307.40 | 502,431.65 |
| 11/23/07 | | Transfer of Funds to DDA | Transfer of Funds | 9999-000 | | 30,000.00 | 472,431.65 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3700% | 1270-000 | 714.77 | | 473,146.42 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3700% | 1270-000 | 550.47 | | 473,696.89 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9000% | 1270-000 | 503.97 | | 474,200.86 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7700% | 1270-000 | 290.02 | | 474,490.88 |
| 03/12/08 | 1004 | Melissa Pielet | Settlement Agreement | 4210-000 | | 300,225.84 | 174,265.04 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5100% | 1270-000 | 197.87 | | 174,462.91 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5100% | 1270-000 | 73.11 | | 174,536.02 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 66.21 | | 174,602.23 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 68.19 | | 174,670.42 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 68.22 | | 174,738.64 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 63.84 | | 174,802.48 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4600% | 1270-000 | 70.48 | | 174,872.96 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 63.02 | | 174,935.98 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2300% | 1270-000 | 36.59 | | 174,972.57 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 28.45 | | 175,001.02 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 17.22 | | 175,018.24 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 16.07 | | 175,034.31 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 18.37 | | 175,052.68 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 17.22 | | 175,069.90 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 16.65 | | 175,086.55 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 18.37 | | 175,104.92 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 17.80 | | 175,122.72 |
| 08/12/09 | {1} | PBG Financial Service | | 1241-000 | 3,959.36 | | 179,082.08 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 18.05 | | 179,100.13 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 15.56 | | 179,115.69 |

| | | | | Subtotals : | $729,014.12 | $549,898.43 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-01037 | |
| **Case Name:** | J P INVESTMENTS, INC. | |
| | | |
| **Taxpayer ID #:** | **-***9527 | |
| **Period Ending:** | 10/01/10 | |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****35-65 - Money Market Account |
| **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 7.30 | | 179,122.99 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 7.55 | | 179,130.54 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 7.55 | | 179,138.09 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 7.06 | | 179,145.15 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 6.82 | | 179,151.97 |
| 03/02/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.73 | | 179,152.70 |
| 03/02/10 | | To Account #*******3566 | TRANSFER TO CHECKING | 9999-000 | | 179,152.70 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **729,051.13** | **729,051.13** | **$0.00** |
| Less: Bank Transfers | 721,086.71 | 255,239.41 | |
| **Subtotal** | **7,964.42** | **473,811.72** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,964.42** | **$473,811.72** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 06-01037 | |
| Case Name: | J P INVESTMENTS, INC. | |
| | | |
| Taxpayer ID #: | **-***9527 | |
| Period Ending: | 10/01/10 | |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****35-66 - Checking Account |
| Blanket Bond: | $3,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/07 | {1} | CT&T | Sale of Assets | 1241-000 | 710,841.21 | | 710,841.21 |
| 08/30/07 | 101 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Court Approved retainer | 3210-000 | | 25,000.00 | 685,841.21 |
| 08/30/07 | 102 | Howard Gamer as Disbursing Agent | Payment of claims pursuant to sale | 2500-000 | | 9,543.94 | 676,297.27 |
| 09/25/07 | | To Account #*******3565 | transfer | 9999-000 | | 675,000.00 | 1,297.27 |
| 10/24/07 | | From Account #*******3565 | | 9999-000 | 46,086.71 | | 47,383.98 |
| 10/24/07 | 103 | HOWARD GAMER AS DISBURSING AGENT | Voided on 10/24/07 | 2410-000 | | !      47,383.98 | 0.00 |
| 10/24/07 | 103 | HOWARD GAMER AS DISBURSING AGENT | Voided: check issued on 10/24/07 | 2410-000 | | !    -47,383.98 | 47,383.98 |
| 10/24/07 | | Transfer of funds from MMA | Transfer of funds posted in error | 9999-000 | | 46,086.71 | 1,297.27 |
| 11/16/07 | {1} | Dunkin Donuts | Refund on Overpayment to DKD | 1241-000 | 30,156.80 | | 31,454.07 |
| 11/19/07 | 104 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 7,039.00 | 24,415.07 |
| 11/19/07 | 105 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 390.02 | 24,025.05 |
| 11/19/07 | 106 | ILENE F. GOLDSTEIN | INTEREIM STATUTORY COMPENSATION | 2100-000 | | 15,750.00 | 8,275.05 |
| 11/23/07 | | Transfer of Funds of MMA to DDA | Transfer of funds | 9999-000 | 30,000.00 | | 38,275.05 |
| 02/12/08 | 107 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-01037, Bond payment | 2300-000 | | 437.22 | 37,837.83 |
| 06/09/08 | {1} | PBG | Settlement | 1241-000 | 10,000.00 | | 47,837.83 |
| 03/04/09 | 108 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-01037 | 2300-000 | | 194.71 | 47,643.12 |
| 02/19/10 | 109 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-01037 | 2300-000 | | 181.44 | 47,461.68 |
| 03/02/10 | | From Account #*******3565 | TRANSFER TO CHECKING | 9999-000 | 179,152.70 | | 226,614.38 |
| 03/10/10 | 110 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $41,197.39, Trustee Compensation;  Reference: | 2100-000 | | 25,447.39 | 201,166.99 |
| 03/10/10 | 111 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $17,214.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 10,175.00 | 190,991.99 |
| 03/10/10 | 112 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $532.11, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 142.09 | 190,849.90 |
| 03/10/10 | 113 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Dividend paid 100.00% on $167,826.00, Attorney for Trustee Fees (Other Firm); | 3210-000 | | 16,931.50 | 173,918.40 |

Subtotals :          $1,006,237.42          $832,319.02

{} Asset reference(s)                    !-Not printed or not transmitted                    Printed: 10/01/2010 12:47 PM    V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-01037 |
| Case Name: | J P INVESTMENTS, INC. |
| Taxpayer ID #: | **-***9527 |
| Period Ending: | 10/01/10 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****35-66 - Checking Account |
| Blanket Bond: | $3,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: | | | | |
| 03/10/10 | 114 | Shaw Gussis Fishman Glantz Wolfson & Towbin, L.L.C. | Dividend paid 100.00% on $422.08, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 114.68 | 173,803.72 |
| 03/10/10 | 115 | POPOWCER KATTEN, LTD. | Dividend paid 100.00% on $7,126.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 7,126.00 | 166,677.72 |
| 03/10/10 | 116 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 166,427.72 |
| 03/10/10 | 117 | Fifth Third Bank (Chicago) | Dividend paid 1.75% on $66,013.44; Claim# 1; Filed: $323,779.07; Reference: Stopped on 07/21/10 | 7100-000 | | 1,157.16 | 165,270.56 |
| 03/10/10 | 118 | Dorothy Pielet | Dividend paid 1.75% on $3,017,200.26; Claim# 2; Filed: $3,017,200.26; Reference: | 7100-000 | | 52,889.12 | 112,381.44 |
| 03/10/10 | 119 | Schiffhardin LLP | Dividend paid 1.75% on $3,017,200.25; Claim# 2A; Filed: $3,017,200.25; Reference: | 7100-000 | | 52,889.12 | 59,492.32 |
| 03/10/10 | 120 | United States of America on behalf of US EPA | Dividend paid 1.75% on $3,391,517.33; Claim# 3; Filed: $3,391,517.33; Reference: Stopped on 03/16/10 | 7100-000 | | 59,450.60 | 41.72 |
| 03/10/10 | 121 | Richard Jalovec and Assoc | Dividend paid 1.75% on $2,380.00; Claim# 4; Filed: $2,380.00; Reference: | 7100-000 | | 41.72 | 0.00 |
| 03/16/10 | 120 | United States of America on behalf of US EPA | Dividend paid 1.75% on $3,391,517.33; Claim# 3; Filed: $3,391,517.33; Reference: Stopped: check issued on 03/10/10 | 7100-000 | | -59,450.60 | 59,450.60 |
| 03/18/10 | | United States of America on behalf of US EPA | Distribution by wire | 7100-000 | | 59,450.60 | 0.00 |
| 07/21/10 | 117 | Fifth Third Bank (Chicago) | Dividend paid 1.75% on $66,013.44; Claim# 1; Filed: $323,779.07; Reference: Stopped: check issued on 03/10/10 | 7100-000 | | -1,157.16 | 1,157.16 |
| 07/23/10 | | Wire out to BNYM account 9200******3566 | Wire out to BNYM account 9200******3566 | 9999-000 | -1,157.16 | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 1,005,080.26 | 1,005,080.26 | $0.00 |
| | | Less: Bank Transfers | | 254,082.25 | 721,086.71 | |
| | | **Subtotal** | | 750,998.01 | 283,993.55 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$750,998.01** | **$283,993.55** | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 06-01037 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | J P INVESTMENTS, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-66 - Checking Account |
| Taxpayer ID #: | **-***9527 | | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 10/01/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******3566 | Wire in from JPMorgan Chase Bank, N.A. account *******3566 | 9999-000 | 1,157.16 | | 1,157.16 |
| 07/27/10 | 10122 | Clerk of the Court | Deposit of Unclaimed Funds | 7100-001 | | 1,157.16 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 1,157.16 | 1,157.16 | $0.00 |
| Less: Bank Transfers | | 1,157.16 | 0.00 | |
| Subtotal | | 0.00 | 1,157.16 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $1,157.16 | |

| | | |
|---|---|---|
| Net Receipts : | 758,962.43 | |
| Net Estate : | $758,962.43 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****35-65 | 7,964.42 | 473,811.72 | 0.00 |
| Checking # ***-*****35-66 | 750,998.01 | 283,993.55 | 0.00 |
| Checking # 9200-******35-66 | 0.00 | 1,157.16 | 0.00 |
| | $758,962.43 | $758,962.43 | $0.00 |

{} Asset reference(s)                                                        Printed: 10/01/2010 12:47 PM    V.12.52